**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

GENEVA RUSSELL,

   Plaintiff,         Case No. 3:12-CV-325

   vs.

COMMISSIONER OF       District Judge Walter H. Rice
SOCIAL SECURITY,       Magistrate Judge Michael J. Newman

   Defendant.

---

## ORDER ADOPTING REPORT AND RECOMMENDATION

---

   The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #11), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

   Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on January 30, 2014 (Doc. #11) is **ADOPTED** in full;

2. The Commissioner's non-disability determination is **REVERSED**;

3. This matter is **REMANDED** to the Commissioner under the Fourth Sentence of 42 U.S.C. § 405(g) for further proceedings; and

4. This case is terminated on the docket of this Court.

Date: 2-20-14

            WALTER HERBERT RICE
            UNITED STATES DISTRICT JUDGE